# EXHIBIT 5

# WALKER LAW OFFICE, LLC

**4050 PENNSYLVANIA AVE., SUITE 115-10**
**KANSAS CITY, MISSOURI 64111**
**(816) 226-6476**

October 13, 2023

      **Re:    Genie Investments – Update on Funding Delays**

Dear North Haven Lodging Partners LLC,

      This letter concerns the 8/19/2023 termination of your Letter of Credit Agreement (LOCA) with Genie Investments and your request for a refund of the $1,800,000 ICA payment.

      As you know from previous communications, Genie Investments has been working to address the ongoing failure of its capital provider to comply with its contractual obligations to provide funds to Genie. It is important to recognize that, under section 13.7 of the LOCA, the present situation constitutes a so-called "force majeure" event – i.e., a situation in which events beyond Genie's control prevent it from providing advances to borrowers. The LOCA's force majeure provision, section 13.7, specifically includes a failure by Genie's capital provider – referred to in the LOCA as its "wholesale lender" – to perform its obligations to Genie. As such, the delays you have experienced do not constitute a breach of contract by Genie and the "Refund Period" set forth in the LOCA (forty international business-banking days) does not apply while the force majeure event is ongoing.

      Instead, the LOCA requires Genie to use "reasonably diligent efforts to end the failure or delay and ensure the effects of such Force Majeure Event are minimized," and Genie is currently doing so. This law firm, which Genie recently engaged to help resolve the situation, is working on multiple fronts to compel the capital provider to deliver the funds it owes, so that Genie can, in turn, provide refunds to its borrowers. We are preparing a legal action against the capital provider and its associates, which we will file at our earliest opportunity unless we reach a satisfactory settlement first. In hopes of refunding money to you as soon as possible, we will simultaneously pursue legal action and engage in settlement negotiations.

      Genie will make every reasonable effort to keep you informed of the progress of its efforts during this process. In addition, you can expect further correspondence from this law firm with updates regarding settlement negotiations or the status of any legal action filed against the capital provider. While Genie's efforts are underway, you must direct any inquiries to Genie through the Zoomeral messaging system.

      Genie understands that you want this situation resolved as quickly as possible, which is why it is taking the steps laid out above. Please understand, however, that legal actions of this

magnitude require significant time and resources, and we ask your continued patience throughout the process.

      Further, we ask you to be mindful of other provisions of the LOCA. For example, Section 14.3 requires you to keep the terms of the LOCA confidential and section 14.5 prohibits disparagement of Genie or of persons or entities affiliated with it. Both provisions are deeply important to Genie. Please understand that violating either section would constitute a breach of the agreement and could impair or prevent your participation in the remedies Genie is pursuing. Moreover, failing to comply with these provisions could adversely affect Genie's efforts to obtain the recovery that would then flow to borrowers to whom refunds are due.

      In short, we are working diligently to enable Genie to fulfill its obligations to its borrowers. Although we never expected to have to confront this situation, we intend to emerge better for it. In the meantime, we appreciate your patience as we continue our efforts.

      Sincerely,

      Adam Walker
      Walker Law Office, LLC

# WALKER LAW OFFICE, LLC

4050 PENNSYLVANIA AVE., SUITE 115-10
KANSAS CITY, MISSOURI 64111
(816) 226-6476

October 13, 2023

    Re:    Genie Investments – Update on Funding Delays

Dear Wallingford Lodging Partners LLC,

    This letter concerns the 8/19/2023 termination of your Letter of Credit Agreement (LOCA) with Genie Investments and your request for a refund of the $1,800,000 ICA payment.

    As you know from previous communications, Genie Investments has been working to address the ongoing failure of its capital provider to comply with its contractual obligations to provide funds to Genie. It is important to recognize that, under section 13.7 of the LOCA, the present situation constitutes a so-called "force majeure" event – i.e., a situation in which events beyond Genie's control prevent it from providing advances to borrowers. The LOCA's force majeure provision, section 13.7, specifically includes a failure by Genie's capital provider – referred to in the LOCA as its "wholesale lender" – to perform its obligations to Genie. As such, the delays you have experienced do not constitute a breach of contract by Genie and the "Refund Period" set forth in the LOCA (forty international business-banking days) does not apply while the force majeure event is ongoing.

    Instead, the LOCA requires Genie to use "reasonably diligent efforts to end the failure or delay and ensure the effects of such Force Majeure Event are minimized," and Genie is currently doing so. This law firm, which Genie recently engaged to help resolve the situation, is working on multiple fronts to compel the capital provider to deliver the funds it owes, so that Genie can, in turn, provide refunds to its borrowers. We are preparing a legal action against the capital provider and its associates, which we will file at our earliest opportunity unless we reach a satisfactory settlement first. In hopes of refunding money to you as soon as possible, we will simultaneously pursue legal action and engage in settlement negotiations.

    Genie will make every reasonable effort to keep you informed of the progress of its efforts during this process. In addition, you can expect further correspondence from this law firm with updates regarding settlement negotiations or the status of any legal action filed against the capital provider. While Genie's efforts are underway, you must direct any inquiries to Genie through the Zoomeral messaging system.

    Genie understands that you want this situation resolved as quickly as possible, which is why it is taking the steps laid out above. Please understand, however, that legal actions of this

magnitude require significant time and resources, and we ask your continued patience throughout the process.

Further, we ask you to be mindful of other provisions of the LOCA. For example, Section 14.3 requires you to keep the terms of the LOCA confidential and section 14.5 prohibits disparagement of Genie or of persons or entities affiliated with it. Both provisions are deeply important to Genie. Please understand that violating either section would constitute a breach of the agreement and could impair or prevent your participation in the remedies Genie is pursuing. Moreover, failing to comply with these provisions could adversely affect Genie's efforts to obtain the recovery that would then flow to borrowers to whom refunds are due.

In short, we are working diligently to enable Genie to fulfill its obligations to its borrowers. Although we never expected to have to confront this situation, we intend to emerge better for it. In the meantime, we appreciate your patience as we continue our efforts.

Sincerely,

Adam Walker
Walker Law Office, LLC