IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NORTH HAVEN LODGING PARTNERS LLC, a South Dakota limited liability company, and WALLINGFORD LODGING PARTNERS LLC, a South Dakota limited liability company, ) ) ) ) ) ) | |
| Plaintiffs, ) ) | Case No. 1:23-cv-16264 |
| vs. ) ) | |
| MCMANN COMMERCIAL LENDING LLC n/k/a MCMANN PROFESSIONAL SERVICES LLC and/or MCMANN CAPITAL, an Illinois limited liability company, and GENIE INVESTMENTS NV, a Nevada corporation, ) ) ) ) ) ) ) | |
| Defendants. ) ) | |

**PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER
AND INJUNCTIVE RELIEF AND HEARING ON PRELIMINARY INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 65, Plaintiffs, NORTH HAVEN LODGING PARTNERS LLC, a South Dakota limited liability company ("North Haven"), and WALLINGFORD LODGING PARTNERS LLC, a South Dakota limited liability company ("Wallingford", together with North Haven, the "Plaintiffs"), respectfully move this Court for a Temporary Restraining Order and to set a hearing date on Plaintiffs' request for a Preliminary Injunction against Defendants, MCMANN COMMERCIAL LENDING LLC n/k/a MCMANN PROFESSIONAL SERVICES LLC and/or MCMANN CAPITAL, an Illinois limited liability company ("McMann"), and GENIE INVESTMENTS NV, a Nevada corporation ("Genie"), together with McMann, the "Defendants") as they have wrongfully withheld and willfully refused

1

to return to Plaintiffs $3,600,000 in funds despite both Defendants acknowledging orally and in writing that Plaintiffs are entitled to the money. Plaintiffs incorporate by reference their Memorandum in Law in Support of their Motion for Temporary Restraining Order and Injunctive Relief (the "Memorandum"), filed contemporaneously with this Motion. The Defendants have not agreed to the relief requested herein.

For the reasons set forth in Plaintiffs' accompanying Memorandum, Plaintiffs respectfully request that this Court grant their Motion for Temporary Restraining Order and set a hearing for a Preliminary Injunction and provide Plaintiffs with the following relief:

1. Order Defendants to freeze $3,600,000 and enjoin them from spending, transferring, or otherwise disposing of assets equivalent to the funds provided by Plaintiffs to McMann and Genie;

2. Order an attachment or other provisional remedy against the Defendants in the amount of $3,600,000 as provided for under the Illinois Uniform Fraudulent Transfer Act;

3. Imposition of a constructive trust against the Defendants in the amount of $3,600,000 and in favor of the Plaintiffs;

4. Granting Plaintiffs access to Defendants' financial books and records to allow for an accounting of the funds Plaintiffs paid to McMann and Genie;

5. Set a hearing date on Plaintiffs' request for preliminary injunctive relief; and

6. Grant Plaintiffs such other and further relief as this Court may deem just and proper.

Dated: December 15, 2023

William J. McKenna (IL Bar No. 3124753)
Andrew T. McClain (IL Bar No. 6313453)
Foley & Lardner LLP
321 North Clark Street, Suite 3000
Chicago, Illinois 60654
Telephone: 312.832.4500
Fax: 312.832.4700
wmckenna@foley.com
amcclain@foley.com

Respectfully submitted,

NORTH HAVEN LODGING PARTNERS LLC and WALLINGFORD LODGING PARTNERS LLC

By: /s/ *William J. McKenna*
      One of Its Attorneys

## CERTIFICATE OF SERVICE

I, William J. McKenna, an attorney, hereby certify that on December 15, 2023, I caused a copy of ***Plaintiff's Motion for Temporary Restraining Order and Injunctive Relief and Hearing on Preliminary Injunction*** to be served via electronic mail or special process serve as noted on the following counsel of record:

**VIA EMAIL AND SPECIAL PROCESS SERVER**

Daniel S. Klapman
SWK Attorneys At Law
500 Skokie Blvd, Suite 600
Northbrook, Illinois 60062
DKlapman@swkattorneys.com

*Attorney for McMann Commercial Lending, LLC*

**VIA EMAIL**

Adam Walker
Walker Law Office
4050 Pennsylvania Ave, Suite 115-10
Kansas City, MO 64111
adam@awsecuritieslaw.com

*Attorney for Genie Investments NV*

    /s/ William J. McKenna
    William J. McKenna