# EXHIBIT 7

Case: 1:23-cv-16264 Document #: 12-7 Filed: 12/15/23 Page 2 of 11 PageID #:519

## Profile Choice ⌄

Create Your Profile

Update Your Profile

View Your Profile

Trusted Professional Advisors

Apply For A New Loan

? Ask A Lender/Investor

Invite Lenders & Investors

Your Business Press & Earnings Room

How To Use Tutorial

Username & Password

Messages & Offers

Log Out

**Today, November 30, 2023**

4

🔔

Case: 1:23-cv-16264 Document #: 12-7 Filed: 12/15/23 Page 3 of 11 PageID #:520

# Your **Business** Messages

It's All About Your Numbers

Your Unique User ID Is:    2927    Vihang

 **Genie Investments**

 **David**

Case: 1:23-cv-16264 Document #: 12-7 Filed: 12/15/23 Page 4 of 11 PageID #:521

| MESSAGE | DATE | ATTACHMENT |
|---------|------|------------|
| Wallingford Lodging Partners LLC,<br><br>Please see attached letter from Genie's attorney. Genie is working diligently to get your refund to you as quickly as possible and will be in touch with you by the end of next week. If you have any questions, all communications must be here in writing, so please do not hesitate to ask if you do. In the meantime, Genie would like to set up a conference call with you to make sure you fully understand this letter provided to you. Please provide 3 times for Tuesday and Wednesday of next week to discuss this matter. Genie appreciates your understanding. | 10/13/2023 | Borrower letter re ICA refund - Oct. 2023 Walker Law - Wallingford Lodging_1.pdf |
| I said the following via Zoomeral:<br><br>Hey David,<br><br>We are available for a call:<br>Tuesday 10/17:<br>9am CST<br>10am CST<br>11am CST<br>1pm (preferred) CST<br>or 2pm CST<br>for both North Haven and Wallingford projects to be discussed. Please confirm what time works for you at your earliest convenience. | 10/16/2023 | |
| Wallingford Lodging Partners LLC,<br><br>2pm CST Tuesday 10/17/2023 confirmed. An invite has been sent to the email address you | 10/16/2023 | |

| MESSAGE | DATE | ATTACHMENT |
|---|---|---|
| have on file. Please accept. | | |

Genie Investments
Conference Line

Smartphone one-click #: (978) 990-5000;327259

Dial in #: (978) 990-5000
Access Code: 327259

| thank you | 10/16/2023 | |

| **Wallingford Lodging Partners LLC,** | **10/20/2023** | | Mark as read |

**Genie hopes this message finds you well. Genie wanted to reach out to you regarding the refund you have requested. First and foremost, Genie would like to extend Genie's sincerest apologies for the delay you're experiencing. Genie understands that it can be frustrating to wait for a financial matter to be resolved, and Genie truly appreciates your patience and understanding as Genie works through this.**

**Rest assured, Genie's legal team, from Walker Law Office LLC, is working diligently, so that your refund can be credited back to you as soon as possible, if made**

| MESSAGE | DATE | ATTACHMENT |
| --- | --- | --- |

possible. Your satisfaction is extremely important to Genie, and Genie is making every effort to resolve this legal matter quickly and efficiently.

Genie understands that this is not the ideal situation and that delays can be inconvenient. However, please know that Genie is doing Genie's very best to ensure your refund is returned to you promptly to the very best of Genie's ability.

Genie speaks with the attorneys on a weekly basis and is waiting for an update from Genie's attorneys, at which time Genie hopes to have more concrete information to share with you regarding the status of your refund. Genie's attorney is currently in active settlement discussions with Genie's capital provider, but as you are aware, legal matters take time, so this update will be delivered to you as soon as it is possible. In the meantime, if you have any questions, please feel free

| MESSAGE | DATE | ATTACHMENT | |
|---|---|---|---|
| to reach out to Genie's team via this messaging system.<br><br>Again, thank you for your understanding and patience. Genie values your business and is committed to rectifying this issue.<br><br>Best regards,<br><br>Genie Investments | | | |
| Wallingford Lodging Partners LLC,<br><br>There is no sense sending duplicate messages to the same business. Please inform Genie if you will be using User ID 2815 or 2927 for this account. Thank you! | 10/20/2023 | | Mark as read |
| Wallingford Lodging Partners LLC,<br><br>Genie Investments hope this message finds you well. Genie is writing to inform you of a significant update regarding Genie's ongoing matters.<br><br>To ensure clarity, transparency, and professionalism in all communications, please be advised that all | 10/23/2023 | | Mark as read |

| MESSAGE | DATE | ATTACHMENT |
| --- | --- | --- |

future updates concerning this matter will come directly from Genie Investments' legal team to your legal representatives.

In line with this, Genie's attorney will be reaching out to your attorney tomorrow. The intent of the call is to notify your team that Genie Investments has decided to take a legal approach concerning the issue with Genie's capital provider. Genie believes that this is the most appropriate and efficient course of action to achieve a resolution.

Rest assured; Genie's legal team will keep your attorneys informed at every significant step of the process. Genie understands that this is a vital matter, and Genie genuinely appreciates your patience and understanding as Genie works towards a solution.

Thank you for your continued cooperation and trust.

Sincerely,

Genie Investments

Case: 1:23-cv-16264 Document #: 12-7 Filed: 12/15/23 Page 9 of 11 PageID #:526

| MESSAGE | DATE | ATTACHMENT |
|---------|------|------------|
| **Wallingford Lodging Partners LLC,**<br><br>**As per Genie's attorneys, please see the following update below:**<br><br>**As you know from previous communications, Genie Investments has been dealing with an ongoing failure by its capital provider to meet its contractual obligations to Genie, which in turn is preventing Genie from providing both advances and refunds to its borrowers. Genie is working diligently on multiple fronts to compel its capital provider to comply with its contractual obligations to Genie. Specifically, Genie has filed a legal action against the capital provider and is simultaneously working toward a negotiated settlement with the capital provider. This two-pronged approach is intended to enable Genie to issue your requested refund as soon as possible.**<br><br>**Genie understands that you want this situation** | 10/30/2023 | Mark as read |

Case: 1:23-cv-16264 Document #: 12-7 Filed: 12/15/23 Page 10 of 11 PageID #:527

| MESSAGE | DATE | ATTACHMENT |
|---|---|---|
| resolved as quickly as possible, which is why Genie is taking the steps laid out above. Please understand, however, that legal actions of this magnitude require significant time and resources, and Genie asks for your continued patience throughout the process.<br><br>In short, Genie is working diligently to enable Genie to fulfill its obligations to its borrowers. In the meantime, Genie appreciates your patience as efforts are ongoing. If you have any questions, do not hesitate to contact Genie via this messaging system. | | |
| Please see that attached letter from our counsel sent to Genie Investment on October 31, 2023. We are prepared to initiate legal action against Genie Investment and contact appropriate government authorities if our ICA Deposit is not returned to us by 11/10/2024 | 11/6/2023 | 2023-10-31 Demand Letter to Genie Investments[74]_1.pdf |

Choose File  No file chosen

SEND YOUR MESSAGE

Case: 1:23-cv-16264 Document #: 12-7 Filed: 12/15/23 Page 11 of 11 PageID #:528