N THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NORTH HAVEN LODGING PARTNERS LLC, a South Dakota limited liability company, and WALLINGFORD LODGING PARTNERS LLC, a South Dakota limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>MCMANN COMMERCIAL LENDING, LLC n/k/a MCMANN PROFESSIONAL SERVICES LLC and/or MCMANN CAPITAL, an Illinois limited liability company, and GENIE INVESTMENTS NV, a Nevada corporation,<br><br>Defendants. | Case No. 1:23-cv-16264 |

**DECLARATION IN SUPPORT OF MCMANN COMMERCIAL LENDING LLC'S OPPOSITION TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND INJUNCTIVE RELIEF AND HEARING ON PRELIMINARY INJUNCTION**

I, Walter P. Trock III, being of sound mind state as follows for my Declaration:

1. I am the President of McMann Commercial Lending LLC ("McMann") and have personal knowledge of McMann's books and records including all payments made to McMann.

2. McMann relied on Genie Investments NV ("Genie") as its wholesale lender to fund the two loans to the two Plaintiffs, respectively, which are at issue in the instant case.

3. The ICA payments at issue were wired by Plaintiffs North Haven Lodging Partners, LLC and Wallingford Partners, LLC directly to Genie.

4. McMann never received Plaintiffs' ICA Payments of $3.6 Million dollars from Plaintiffs, from Genie, or from any other third party.

5. As a matter of course, McMann never received refunds of ICA payments from Genie, whether a loan closed or not.

6. On certain occasions in the past where: (i) McMann utilized Genie as its wholesale lender; (ii) the borrower wired its ICA Payment directly to Genie; (iii) the borrowers' loans did not close; and (iv) the borrower requested a refund, Genie issued refunds of ICA Payments directly to the borrower. In those each of those circumstances, McMann never had or obtained possession of the ICA Payments.

7. If the Court were to order McMann to freeze $3.6 million dollars of McMann's assets, that would effectively put McMann out of business.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Walter P. Trock

01-10-2024
January 10, 2024