**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NORTH HAVEN LODGING PARTNERS LLC, AND WALLINGFORD LODGING PARTNERS LLC, <br><br> Plaintiffs. <br><br> v. <br><br> MCMANN COMMERCIAL LENDING LLC AND GENIE INVESTMENTS NV, <br><br> Defendants. | Case No. 1:23-cv-16264 <br><br> Judge John F. Kness |

**MOTION OF DEFENDANT GENIE INVESTMENTS NV TO COMPEL ARBITRATION AND STAY FURTHER PROCEEDINGS**

Defendant Genie Investments NV (Genie) moves the Court to enter an order compelling Plaintiffs to submit all claims asserted against Genie in this matter to binding arbitration and to stay all further proceedings in this matter pending the conclusion of arbitration between Plaintiffs and Genie.

The contracts referenced in Plaintiffs' Complaint – the "BELOC Agreements" – contain a provision mandating binding arbitration of "Any dispute, claim, or controversy arising out of or relating to" them. Copies of the BELOC Agreements were attached to Plaintiffs' Complaint as Exhibits 1 and 2. The arbitration provision is contained in section 13.8 of the BELOC Agreements.

This motion is brought pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 1 *et seq*. Genie demands arbitration in a manner consistent with section 13.8 of the BELOC Agreements.

Plaintiffs, through previous filings in this action, have made clear that they will not accede to Genie's demand for arbitration.

Genie contacted counsel for the other parties to this suit regarding whether they would agree to or oppose this motion. Plaintiffs' counsel responded that Plaintiffs would oppose the motion and counsel for Defendant McMann Commercial Lending indicated that McMann did not consent to the relief requested.

Dated: February 13, 2024                  Respectfully submitted,

Adam Walker                                GENIE INVESTMENTS NV
Walker Law Office
4050 Pennsylvania Ave., Suite 115-10       By: _____
Kansas City, Missouri 64111                     Adam Walker
(816) 226-6476
adam@awsecuritieslaw.com