**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

North Haven Lodging Partners LLC, et al.

                        Plaintiff,

v.                                                Case No.: 1:23−cv−16264
                                                Honorable John F. Kness

McMann Commercial Lending LLC, et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, February 14, 2024:

      MINUTE entry before the Honorable John F. Kness: In−person motion hearing held on 2/14/2024. For the reasons stated on the record, Plaintiffs' motion for temporary restraining order [10] is denied. The parties are directed to meet and confer and file a joint status report no later than 5:00 P.M. CST on 2/20/2024. The status report will include a proposed timeline for the expedited discovery discussed on the record. The report will also include a proposed briefing schedule both for Defendants' motions to dismiss as well as Defendant Genie Investments NV's motion to compel arbitration. Additionally, the parties will advise the Court in the report whether they will consent to the jurisdiction of the assigned Magistrate Judge for any portion of this case. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.