# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| NORTH HAVEN LODGING PARTNERS LLC, and WALLINGFORD LODGING PARTNERS LLC, | ) ) ) ) Case No. 1:23-cv-16264 |
| Plaintiffs. | ) ) Judge John F. Kness |
| v. | ) ) |
| MCMANN COMMERCIAL LENDING LLC and GENIE INVESTMENTS NV, | ) ) ) |
| Defendants. | ) ) ) |

## NOTICE OF DISMISSAL OF CROSS-COMPLAINT

Pursuant to Federal Rule of Civil Procedure 41, subsections (a)(1)(A)(i) and (c), Genie Investments NV (Genie) hereby gives notice that the Cross-Complaint (Docket entry 41) filed February 20, 2024, is voluntarily dismissed. No party has served an answer or motion for summary judgment in response to the Cross-Complaint. Accordingly, Genie notices voluntary dismissal of the Cross-Complaint without prejudice to its ability to assert counterclaims or any other claims as permitted by the rules governing this matter. *See* Fed. R. Civ. P. 41(a)(1)(B).

Dated: February 23, 2024

Adam Walker
Walker Law Office
4050 Pennsylvania Ave., Suite 115-10
Kansas City, Missouri 64111
(816) 226-6476
adam@awsecuritieslaw.com
*Admitted pro hac vice*

Respectfully submitted,

GENIE INVESTMENTS NV
By: _____
  Adam Walker

2