# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| NORTH HAVEN LODGING PARTNERS LLC, AND WALLINGFORD LODGING PARTNERS LLC, | )<br>)<br>)<br>) |
| Plaintiffs. | )<br>) |
| v. | ) Case No. 1:23-cv-16264 |
| MCMANN COMMERCIAL LENDING LLC AND GENIE INVESTMENTS NV, | )<br>) Judge John F. Kness<br>) |
| Defendants. | )<br>) |

## SUGGESTION OF BANKRUPTCY

Defendant Genie Investments NV (Genie), through its undersigned attorney of record, would show the Court:

1. It has filed a petition for relief under Title 11, United States Code, in the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division, which bears the case number 3:24-bk-00496 – Chapter 11 Case.

2. Relief was ordered on February 21, 2024.

3. This action is founded on a claim from which a discharge would be a release or that seeks to impose a charge on the property of the estate.

4. This is for informational purposes only.

WHEREFORE, the defendant suggests that this action has been stayed by the operation of 11 U.S.C. § 362.

Dated: February 27, 2024  Respectfully submitted,

Adam Walker  GENIE INVESTMENTS NV
Walker Law Office
4050 Pennsylvania Ave., Suite 115-10  By: _____
Kansas City, Missouri 64111   Adam Walker
(816) 226-6476
adam@awsecuritieslaw.com