# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

North Haven Lodging Partners LLC, et al.

                                                          Plaintiff,

v.                                                                                         Case No.: 1:23−cv−16264

                                                                                        Honorable John F. Kness

McMann Commercial Lending LLC, et al.

                                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 28, 2024:

      MINUTE entry before the Honorable John F. Kness: Defendant Genie Investments NV has filed a "Suggestion of Bankruptcy" [45] representing that it has filed for protection under Chapter 11 of the Bankruptcy Code. Defendant Genie suggests that an automatic stay has thus been imposed upon the filing of the bankruptcy case. 11 U.S.C. § 362. Based on the application of § 362, the case is stayed as to Defendant Genie Investments NV. To the extent Plaintiff disagrees that a stay is in place, it may file an appropriate response. The parties are instructed to meet and confer to determine whether the case should be stayed in its entirety based on the bankruptcy stay as to Defendant Genie Investments NV. A joint written status report setting forth the parties' position(s) must be filed on or before 03/08/2024. A status hearing for case tracking purposes is set for 3/12/2024 at 9:30 A.M. The parties are to use the following call−in number: 888−684−8852, conference code 3796759. The public and media representatives may have access to the hearing via the same number. Audio recording of the hearing is not permitted; violations of this prohibition may result in sanctions. Participants are directed to keep their device muted when they are not speaking. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.