UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

North Haven Lodging Partners LLC, et al.

Plaintiff,

v. Case No.: 1:23−cv−16264
Honorable John F. Kness

McMann Commercial Lending LLC, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 12, 2024:

MINUTE entry before the Honorable John F. Kness: Telephonic status hearing held on 3/12/2024 to discuss the issue of the bankruptcy filing by defendant Genie Investments NV. Having reviewed the joint status report [48], the Court temporarily stays this matter as to all Defendants. Plaintiffs are given leave to file a position paper regarding the stay on or before 3/19/2024. A continued status hearing is set for 4/16/2024 at 9:30 A.M. The parties are to use the following call−in number: 888−684−8852, conference code 3796759. The public and media representatives may have access to the hearing via the same number. Audio recording of the hearing is not permitted; violations of this prohibition may result in sanctions. Participants are directed to keep their device muted when they are not speaking. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.